FILED IN OPEN COURT
ON ___4|6|22 RptH

Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. **5:22-CR-70-1M(1)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | I N D I C T M E N T |
| | ) | |
| ADONIS FABIAN ZORRILLA | ) | |
| | ) | |

The Grand Jury charges:

On or about March 6, 2022, in the Eastern District of North Carolina, the defendant, ADONIS FABIAN ZORRILLA, did intentionally assault, resist, oppose, impede, intimidate, and interfere with M.S., an officer with the Transportation Security Administration (TSA) at Raleigh-Durham International Airport, while M.S. was engaged in and on account of the performance of official duties, and made physical contact with M.S. during the assault.

*(Remainder of page intentionally left blank.)*

1

All in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

FOREPERSON

4 . 5 . 2022

DATE

MICHAEL F. EASLEY, JR.
United States Attorney


BY: BRADFORD M. DEVOE
Assistant United States Attorney

2