IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-cr-00070-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADONIS FABIAN ZORRILLA,<br><br>Defendant. | CONSENT ORDER<br>FOR RESTITUTION |

Pursuant to a joint motion of the United States and Defendant, and with their consent, the court hereby ORDERS as follows:

At Defendant's sentencing, he agreed to pay immediately any restitution ordered by the court. The United States presented evidence of restitution amounting to $4,103.35. On February 9, 2023, Defendant provided $4,103.35 to the clerk for restitution. Pursuant to 18 U.S.C. §§ 2259 and 3664, Defendant and the United States have agreed and stipulated that the $4,103.35 paid by Defendant to the clerk is the appropriate total restitution to be paid.

Defendant and the United States agree that restitution is due and payable in full immediately and that any payment plan established by the court's judgment is a minimum payment plan and shall not preclude the United States from pursuing any other collection efforts permitted by law.

The court finds that the amount of restitution is consistent with the law and the facts of this case. Accordingly, Defendant shall pay restitution in the amount and manner set forth above, in accordance with the court's judgment. The court further orders that Defendant's restitution shall be due and payable in full immediately.

1

This consent order shall be made part of Defendant's criminal judgment in this case.

SO ORDERED this 22d day of May, 2023.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

AGREED AND CONSENTED TO BY:

/s/ Raymond Tarlton
RAYMOND TARLTON
Counsel for Defendant

May 16, 2023
Date

MICHAEL F. EASLEY, JR.
United States Attorney

/s/Bradford M. DeVoe
BRADFORD M. DEVOE
Assistant United States Attorney

May 16, 2023
Date